## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ANTON CLIFFORD,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No. 1:21-cv-5015-TWT** |
| | * | |
| **GRAHAM'S SERVICE** | * | |
| **STATIONS, INC.,** | * | |
| **Defendant.** | * | |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 20th day of January, 2023.

___/s/ *Julie McCollister*_____
Counsel for Plaintiff
Julie McCollister
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com


__/s/ *Timothy S. Walls*_____
Timothy S. Walls
Counsel for Defendant
Georgia State Bar No.: 735030

Mills & Hoopes, LLC
1550 North Brown Road, Suite 130
Lawrenceville, GA 30043
tim@millshoopeslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Timothy Sheffield Walls
Mills & Hoopes, LLC
1550 North Brown Road, Suite 130
Lawrenceville, GA 30043

*/s/ Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister